# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRYANT SCOTT TANNER

NO. 2021 KW 0531

**MAY 20, 2021**

---

In Re:     Bryant Scott Tanner, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 3558-F-2019.

---

**BEFORE:     THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT